**01–1165.   Frenchtown Square Partnership v. Lemstone, Inc.**
Mahoning App. No. 99CA300. The appeal is allowed on Proposition of Law No. I.
   DOUGLAS and PFEIFER, JJ., concur.
   MOYER, C.J., and LUNDBERG STRATTON, J., would allow all propositions of law.
   RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**01–1825.   Lee v. Ohio Adult Parole Auth.**
Montgomery App. No. 18833. Appeal allowed and cause to be argued on the same date as 01–1253 and 01–1266, *Layne v. Ohio Adult Parole Auth.*, Marion App. Nos. 9–01–06 and 9–2001–06.
   DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–1843.   Ferrando v. Auto–Owners Mut. Ins. Co.**
Ashtabula App. No. 2000–A–0038.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1874.   Covington v. Ohio Gen. Ins. Co.**
Franklin App. No. 01AP–213. On discretionary appeal, motion for admission *pro hac vice* of Charles T. Richardson by Scott North for National Organization of Life and Health Ins. etc., motion for admission *pro hac vice* of John P. Higgins and Maryann Taylor for U.M.C., etc., by Steven G. Janick, and motion for admission *pro hac vice* of Scott E. North for Ross S. Myer. Appeal allowed and motions granted.

**01–1902.   State v. Taufeeq.**
Clermont App. No. CA2000–12–094. Discretionary appeal allowed and cause held for the decision in 00–1757, *State v. Murrell,* Hamilton App. No. C–000103; briefing schedule stayed.
   MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–1912.   In re Consol. Mtge. Satisfaction Cases.**
Hamilton App. No. C–010137.
   MOYER, C.J., F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**01–1955.   Panozzo v. Allstate Ins. Co.**
Cuyahoga App. No. 79083. On discretionary appeal and motion to consolidate case with 01–1786, *Lemm v. The Hartford,* Franklin App. No. 01AP–251. Appeal granted and motion granted for purposes of oral argument and decision.
   COOK, J., would allow but would hold the cause for the decision in 01–1786.
   LUNDBERG STRATTON, J., dissents.

**01–1957.   Robson v. Allstate Ins. Co.**
Delaware App. No. 01CAE03007.
   COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1970.   Vaught v. Cleveland Clinic Found.**
Cuyahoga App. No. 79026.

**01–1977.   Burnett v. Amex Assur. Co.**
Cuyahoga App. No. 79082. On discretionary appeal and motion to consolidate case with 01–1786, *Lemm v. The Hartford,* Franklin App. No. 01AP–251. Appeal granted and motion granted for purposes of oral argument and decision.
   COOK, J., would allow but would hold the cause for the decision in 01–1786.
   LUNDBERG STRATTON, J., dissents.